FILED

05/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0109

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0109

_____

KARIS NEWBARY and BRANDIE HOY,

     Plaintiffs and Appellees,

   v.

                            O R D E R

ENTERPRISE RAC COMPANY OF
MONTANA/WYOMING, LLC; DEVIN
HUTTON; JORDAN COBB; and DOES 1-3,

     Defendants and Appellants.

_____

The record was filed for purposes of this appeal on March 22, 2023. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than May 26, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 2 2023